# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CARL ROBINSON, | : No. 59 EM 2015 |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| PHILADELPHIA COURT OF COMMON PLEAS, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief, and the common pleas court is **DIRECTED** to dispose of the pending petition within 90 days.